Howard A. Belodoff, ISB # 2290
Jennifer A. Giuttari, ISB # 10008
Idaho Legal Aid Services, Inc.
1447 South Tyrell Dr.
Boise, ID 83706
Phone: (208) 336-8980, Ext. 1106 and 1503
Fax: (208) 342-2561
Email: howardbelodoff@idaholegalaid.org
         jennifergiuttari@idaholegalaid.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADELA AYALA, individually, and as next friend of L.O.A., a minor child, </br></br>        Plaintiff, </br></br>v. </br></br>RICHARD M. ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare and ELKE SHAW-TULLOCH, in her official capacity as Administrator of the Division of Public Health, Bureau of Vital Records and Health Statistics, </br>        Defendants. | Case No. </br></br></br></br></br>**PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

      Plaintiffs, through their attorneys Howard A. Belodoff and Jennifer Giuttari of Idaho Legal Aid Services, Inc., respectfully move this Court, pursuant to Fed. R. Civ. Proc. 65, for a preliminary injunction to protect and recognize Ms. Ayala's fundamental right as the parent of L.O.A so they can receive the same legal protections and benefits derived from the parent-child relationship as a child with opposite sex parents without further delay. Additionally the Court should order that Defendants to apply Idaho's Paternity Act, Vital Statistics Act and Artificial Insemination Act in a sex-neutral manner, recognize the parentage of same-sex couples and their children, and issue Plaintiffs an amended two-parent birth certificate recognizing Plaintiff Ayala

PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION – Page 1

as the parent of her minor child L.O.A. Plaintiffs further request the Court waive any requirement for bond or security from the Plaintiffs and to schedule a hearing as soon as practicable on this Motion.

This Motion is based upon the Complaint, Memorandum and the Declaration filed in support in this action.

Dated this 17th day of November, 2016.

/s/ Howard A. Belodoff
/s/ Jennifer A. Giuttari
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th of November 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Lawrence G. Wasden
Attorney General

Steven L. Olsen
Chief of Civil Litigation

/s/ Howard A. Belodoff

PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION – Page 2