UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADELA AYALA, individually, and as Next Friend of L.O.A., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD M. ARMSTRONG, in his official capacity as Director of the Idaho Department of Health and Welfare and ELKE SHAWTULLOCH, in her official capacity as Administrator of the Division of Public Health, Bureau of Vital Statistics and Health Statistics,<br><br>Defendants. | Case No. 1:16-cv-00501-BLW<br><br>JUDGMENT |

In accordance with the Memorandum Decision and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Plaintiff to the extent explained in the Memorandum Decision and Order.

DATED: July 30, 2018

B. Lynn Winmill
Chief U.S. District Court Judge